**In re the Adoption of Jarrett Duane HAVENS.**

**Larry Wayne STAUFFER and Lena Lucille Stauffer, Respondents,**

v.

**Wendell Dean HAVENS, Appellant.**

**No. WD 46151.**

Missouri Court of Appeals, Western District.

Dec. 8, 1992.

Lester E. Adams, Jr., Browning, for appellant.

Richard N. Brown, Brookfield, for respondents.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Wendell Dean Havens appeals from judgment that his natural son, Jarrett, is adopted by the Stauffers without Havens' consent, pursuant to § 453.040(5) RSMo. 1986. The judgment is affirmed. Rule 84.16(b).